Fill in this information to identify the case:

- Debtor name: **Ybrant Media Acquisition, Inc.**
- United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**
- Case number (if known): **16-10597 (SMB)**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Daum Global Holdings Corp.** Brian (Bo-Yong) Park, Esq. 632 West 28th Street, 4th Flr. New York, NY 10001 | | **Judgment** | | | | $36,603,744.38 |
| **Daum Global Holdings Corp.** Brian (Bo-Yong) Park, Esq. 632 West 28th Street, 4th Flr. New York, NY 10001 | | **Judgment** | | | | $250,000.00 |
| **Daum Global Holdings Corp.** Brian (Bo-Yong) Park, Esq. 632 West 28th Street, 4th Flr. New York, NY 10001 | | **Judgment** | | | | $177,500.00 |
| **Dyomo Corp.** 2121 North Frontage Road No. 326 Vail, CO 81657 | | **Loans** | | | | $267,678.00 |
| **Lycos Internet Limited** Plot No. 7, Road No. 12 MLA Colony, Banjara Hills Hyderabad, Telangana 500034 India | | **Loans** | | | | $517,049.00 |
| **Lycos, Inc.** 880 Main Street Waltham, MA 02451 | | **Loans** | | | | $1,875,201.00 |

| Debtor | **Ybrant Media Acquisition, Inc.** | Case number *(if known)* | **16-10597 (SMB)** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim                          If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wrobel Markham Schatz,, Kaye & Fox 360 Lexington Avenue Suite 1502 New York, NY 10018** | | **Legal fees** | | | | $165,320.00 |