# EXHIBIT C

## EXHIBIT C

## YBRANT MEDIA ACQUISITION, INC.

## SUMMARY OF ATTORNEY TIME CHARGES

(March 15, 2016 through November 30, 2016)

| Name | Year Admitted | Hourly Rate | Billing Hours | Charge |
|---|---|---|---|---|
| *Partner* | | | | |
| Sanford P. Rosen | 1979 | $750 | 14.60 | $10,950.00 |
| | | | | |
| *Associates* | | | | |
| Nancy L. Kourland | 1989 | $500 | 125.50 | $62,750.00 |
| Alice P. Ko | 2011 | $350 | 9.70 | $3,395.00 |
| | | | | |
| **Total:** | | | **149.80** | **$77,095.00** |

| | |
|---|---|
| Blended Hourly Rate | $514.65 |

## DISBURSEMENTS

(March 15, 2016 through November 30, 2016)

| | |
|---|---|
| Computerized research | $361.37 |
| Court fees | $54.00 |
| Fedex | $19.14 |
| Local transportation | $11.00 |
| Messenger | $12.90 |
| Photocopies (inside) | $105.50 |
| Postage | $113.43 |
| **Total:** | **$677.34** |

| | |
|---|---|
| **TOTAL:** | **$77,772.34** |