# EXHIBIT D

**EXHIBIT D**

**BIOGRAPHIES**

Sanford P. Rosen

Sanford P. Rosen, the principal shareholder of Rosen & Associates, P.C., received his J.D. degree in May 1978 from Hofstra University School of Law.  During the 37 years he has practiced law, he has specialized exclusively in the area of bankruptcy law and has developed an expertise in the context of proceedings under various chapters of the Bankruptcy Act of 1898, repealed on September 30, 1979, and the Bankruptcy Code, effective October 1, 1979.  He has significant experience in the field of creditors' rights, generally, and in business reorganizations, in particular, having participated in numerous arrangement and reorganization proceedings on behalf of debtors, debtors in possession, creditors, creditor's committees, and trustees in bankruptcy.  Mr. Rosen began his career as an associate of the firm of Marcus & Angel, P.C. (which thereafter became Angel & Frankel, P.C.), became a partner in 1983, and withdrew from the firm in June 1986 to start his own firm.  Mr. Rosen is a member of the bar of the state of New York and is admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York, the Court of Appeals for the Second Circuit, and the United States Supreme Court.

Nancy L. Kourland

Ms. Kourland has been an associate at Rosen & Associates, P.C. since 2009.  She received her J.D. degree in 1987 from New York University School of Law, where she was an articles editor for the *Journal of International Law and Politics*.  Ms. Kourland has focused her practice solely in the area of bankruptcy and bankruptcy litigation.

Ms. Kourland is a member of the bar of the state of New York and is admitted to practice before the United States District Courts for the Southern and Eastern Districts of New

York and the Court of Appeals for the Second Circuit.

### Alice P. Ko

Ms. Ko has been an associate at Rosen & Associates, P.C. since 2014.  Ms. Ko received her J.D. from Temple University Beasley School of Law, *cum laude*, where she served as the Lead Research Editor for the *Temple Law Review*.  She also received an LL.M. in Bankruptcy from St. John's University School of Law.  Ms. Ko clerked for the Honorable John P. Fullam of the United States District Court for the Eastern District of Pennsylvania and was a law clerk in the Staff Attorneys' Office for the United States Court of Appeals for the Second Circuit.  Ms. Ko is a member of the bar of the state of New York and is admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York.